

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re  
Yesenia Samantha Madrigal

Case No. 23-10278

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following: (4)

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED:_____     _____
                                  Debtor's Signature

DATED:_____     _____
                                  Joint Debtor's (if any) signature

**Submit this form and your Master Address List to one of the following addresses:**

Sacramento Division  
501 I Street, Suite 3-200  
Sacramento, CA 95814

Modesto Division  
1200 I Street, Suite 200  
Modesto, CA 95354

Fresno Division  
2500 Tulare Street, Suite 2501  
Fresno, CA 93721

EDC 2-100 (Rev. 10/22)

**CREDIT MAILING MATRIX**

Yesenia Samantha Madrigal
2536 N Tilden St
Visalia, CA 93291


California Eastern Bankruptcy Court – Fresno, CA
Robert E. Coyle United States Courthouse
2500 Tulare Street
Fresno, CA 93721


Maple Leaf Capital Company
5900 Canoga Ave Suite 220
Woodland Hills, CA 91367


Peak Foreclosure Services Inc.
5900 Canoga Ave Suite 220
Woodland Hills, CA 91367